UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERTA KAATZ, et al.,

    Plaintiffs,

v.

AZIYO BIOLOGICS, INC., et al.,

    Defendants.

Case No. 24-cv-11890

Honorable Robert J. White

**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ALL REMAINING DEFENDANTS (DCI DONOR SERVICES, INC., NEW MEXICO DONOR SERVICES, AND AZIYO BIOLOICS, INC. D/B/A ELUTIA, INC. F/K/A AZIYO BIOLOGICS, INC.)**

Pursuant to the stipulation of the parties, it is ordered that all claims against the remaining Defendants (DCI DONOR SERVICES, INC., NEW MEXICO DONOR SERVICES, AND AZIYO BIOLOICS, INC. D/B/A ELUTIA, INC. F/K/A AZIYO BIOLOGICS, INC.) are dismissed with prejudice, without costs to any party.  As a result of dismissal of these sole remaining claims, the entire action is dismissed with prejudice.

    SO ORDERED.

Dated: December 19, 2025

s/Robert J. White
Robert J. White
United States District Judge